28107. SOUTHERN DISCOUNT Co. *v.* HAVERTY FURNITURE Co.

GUERRY, J. This is a trover suit brought by Haverty Furniture Company against Southern Discount Company. The law applicable is stated in *Atkinson* v. *Brunswick-Balke-Collender Co.*, 144 *Ga.* 694 (87 S. E. 891). It is sufficient to hold that the evidence warranted a finding for the plaintiff of $109, the value of the goods sued for and the purchase-price owed to the plaintiff by the purchaser. The assignments of error show no cause for reversal. There was no error in denying a new trial.

*Judgment affirmed.* *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MAY 16, 1940.

*Robert T. Efurd, Mose S. Hayes,* for plaintiff in error.
*Lokey & Bowden,* contra.